**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RAUL ARTURO CORONADO-
HIDALGO,

           Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

           Respondent.

No. 08-71614

Agency No. A075-110-233

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted February 14, 2012
San Francisco, California

Before: THOMAS, FISHER, and IKUTA, Circuit Judges.

Raul Coronado-Hidalgo, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' final order of removal and denial of his

applications for a fraud waiver under 8 U.S.C. § 1227(a)(1)(H), cancellation of

_____

     [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

removal, and voluntary departure. Because the parties are familiar with the history of the case, we need not recount it here.

Following the BIA's decision in this case, our Court issued an opinion in *Vasquez v. Holder*, 602 F.3d 1003 (9th Cir. 2010), which may have a bearing on the outcome of the petition for review. Because the BIA has not had an opportunity to evaluate this case in light of *Vasquez* and because the BIA has not considered the applicability of 8 U.S.C. § 1227(a)(1)(H) to persons who lawfully entered the country, *see id.* at 1015 n.12, we remand the petition for review to the BIA for its reconsideration. Given the remand, we need not–and do not–express any opinion as to any issue raised by the parties.

**REMANDED.**